**NOTC**
HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA  94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: | ) Case No.   2:10-bk-20204-AA |
|  | ) |
|  | ) |
| MARIA ORUBELINA ORTEZ | ) **NOTICE OF CONVERSION FROM** |
|  | ) **CHAPTER 13 to CHAPTER 7** |
| Debtor | ) |
|  | ) |
|  | ) |
| _____ | ) |

### Notice of Conversion to Case Under Chapter 7

The Debtor, by and through Counsel of Record, hereby gives Notice to the Court and all

parties of interest, pursuant to 11 U.S.C. § 1307(a) that she convert this Chapter 13 case to a case

under Chapter 7 of the Bankruptcy Code.

DATED: April 30, 2010

Respectfully Submitted,

/s/ Henri E. Norris  /s/ George Holland Jr.
Henri Norris,ESQ; George Holland Jr., ESQ
HOLLAND LAW FIRM