**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **MARIA ORUBELINA ORTEZ** | CASE NO.: LA10-20204-AA |
| DEBTOR(S) | **NOTICE OF RESCHEDULED CONFIRMATION HEARING**<br><br>DATE: August 12, 2010<br>TIME  10:30 am<br>PLACE: Roybal Building<br>Courtroom 1375 - 13th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT** the previously scheduled **CONFIRMATION HEARING** will now

occur at the time and place listed above.

**Dated:  6/30/10**

*[signature]*

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| In re: **MARIA ORUBELINA ORTEZ** | CHAPTER: 13 |
| --- | --- |
| | CASE NUMBER: **LA10-20204-AA** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED CONFIRMATION HEARING**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 6/30/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/30/2010 | Gloria Mangum | *Gloria Mangum* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re **MARIA ORUBELINA ORTEZ** | CHAPTER: 13 |
| --- | --- |
| | CASE NUMBER: **LA10-20204-AA** |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

3568 E. 53rd St. #B|Maywood, CA 90270
Maywood, CA 90270

AFNI, Inc.
P.O. Box 3097
Bloomington, IL 61702

Amer. Gen. Fin.
P.O. Box 59
Evansville, IN 47701

AMERICAN INFOSOURCE LP AS AGENT
FOR WORLD FINANCIAL NETWORK NATIONAL BANK
PO BOX 248872
OKLAHOMA CITY, OK 73124-8872

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T-MOBILE USA INC
PO Box 248848
Oklahoma City, OK 73124-8848

Americredit
801 Cherry St., Ste. 3900
Forth Worth, TX 76102

Bally Total Fitness
12440 E. Imperial Hwy. #30
Norwalk, CA 90650

Ballys Health & Tennis
7755 Center Ave., Ste. 400
Huntington Beach, CA 92647

CAPITAL ONE BANK
11013 W. BROAD ST.
Glen Allen, VA 23060

CAPITAL ONE BANK USA, NA
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

CR EVERGREEN, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

Creditors Financial
3131 S. Vaughn Way, Ste. 12
Aurora, CO 80014

DON ROBERTO JEWELERS
1020 CALLE RECODO, STE 10
SAN CLEMENTE, CA 92673

FNB Marin
P.O. Box 98872
Las Vegas, NV 89193

George Holland Jr
Holland Law Firm
1970 Broadway Ste 1030
Oakland, CA 94612

HOLLAND LAW FIRM
1970 BROADWAY
SUITE 1030
OAKLAND, CA 94612

Huntington Park Municipal
6548 Miles Ave.
Huntington Park, CA 90255

Hy Cite/Royal Prestige
333 Holtzman Rd.
Madison, WI 53713

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

La Curacao
1605 W. Olympic Blvd.
Los Angeles, CA 90015

Los Angeles County
1561 E. Orangethorpe Ave.
Fullerton, CA 92831

LVNV Funding LLC
P.O. Box 740821
Houston, TX 77274

MARIA ORUBELINA ORTEZ
3568 E. 53RD ST. #B
MAYWOOD, CA 90270

MICHAELS SUPERSTORE
5949 PACIFIC BLVD
HUNTINGTON PARK, CA 90255

MIDLAND CREDIT MANAGEMENT, INC
8875 AERO DRIVE
SUITE 200
SAN DIEGO, CA 92123

Midland Credit Mgmt.
8875 Aero Dr.
San Diego, CA 92123

Mullen Fin.
840 W. Glenoaks
Glendale, CA 91202

Mullen Finance Plan
P.O. Box 4095
Glendale, CA 91222

Radio Shack/CBUSA NA
P.O. Box 8189
Gray, TN 37615

Radio/cbsd
P.O. Box 6497
Sioux Falls, SD 57117

RJM ACQUISITIONS LLC
575 UNDERHILL BLVD
SUITE 224
SYOSSET, NY 11791

Sears
13200 Smith Rd.
Cleveland, OH 44130

Sears/CBSD
P.O. Box 6189
Sioux Falls, SD 57117

| | |
|---|---|
| SPRINT NEXTEL<br>SPRINT NEXTEL DISTRIBUTIONS<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 3326<br>ENGLEWOOD, CO 80155-3326 | United Financial Serv.<br>333 Washington Blvd. #15<br>Marina del Rey, CA 90292 |
| UNITED FINANCIAL SERVICE<br>333 WASHINGTON BLVD. #153<br>MARINA DEL REY, CA 90292 | WFNNB/New York & Co.<br>220 W. Schrock Rd.<br>Westerville, OH 43081 |
| WORLDWIDE ASSET PURCHASING II, LLC<br>C/O B-LINE, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Wst Cap Fin<br>5775 Roscoe Ct.<br>San Diego, CA 92123 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                      **F 9013-3.1**